```
DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AFRICA HENDRIX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-CR-00037 LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT STATUS AND MOTION-SETTING CONFERENCES;  ORDER THEREON |
| AFRICA HENDRIX, | ) | |
| Defendant. | ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, AFRICA HENDRIX, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of her appearance at said time and place.

///

///

Defendant makes this request because of the time, distance and expense involved, to travel by Greyhound bus to Fresno from Bakersfield, California for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Dated:  March 12, 2010                    /s/ Africa Hendrix
                                          AFRICA HENDRIX
                                           [original signature in attorney's file]

Dated:  March 12, 2010                    /s/ Jeremy S. Kroger
                                          JEREMY S. KROGER
                                          Assistant Federal Defender
                                          Counsel for Defendant
                                           [original signature in attorney's file]

# **O R D E R**

Upon notice to this Court that the U.S. Attorney's office has been noticed of this request and does not wish to be heard on it, Defendant's appearance may be waived at any and all status conferences and motion-setting conferences until further order.

IT IS SO ORDERED.

**Dated:   March 12, 2010**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE