DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AFRICA HENDRIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>AFRICA HENDRIX,<br><br>　　　　　*Defendant.*<br>_____ | No. 1:10-cr-00037 LJO<br><br>STIPULATION TO CONTINUE MOTIONS/<br>STATUS CONFERENCE  HEARING;<br>ORDER (MODIFIED)<br><br>Date:　May 14, 2010<br>Time:　9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Motions/Status Conference Hearing in the above-captioned matter now set for April 30, 2010, **may be continued to May 14, 2010, at 9:00 a.m.**

The parties request this short continuance because, due to Mr. Cullers' trial in another matter currently before Your Honor, the parties have been unable to meet to discuss how most efficiently to proceed in this case.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a
2  continuance.

4  BENJAMIN B. WAGNER
   United States Attorney

6  DATED: April 28, 2010    By:   /s/ Mark E. Cullers
                                  MARK E. CULLERS
7                                 Assistant United States Attorney
                                  Attorney for Plaintiff

9  DANIEL J. BRODERICK
   Federal Defender

11 DATED: April 28, 2010    By:   /s/ Jeremy S. Kroger
                                  JEREMY S. KROGER
12                                Assistant Federal Defender
                                  Attorney for Defendant
13                                Africa Hendrix

### **O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).   The Court finds good cause.   The matter is continued, NOT to the date requested, since the Court will not be in session that date, but rather to THURSDAY, May 13, 2010 at 8:45 a.m.   At that time, we should accomplish something that is concrete.

IT IS SO ORDERED.

**Dated:   April 28, 2010**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE