DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AFRICA HENDRIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00037 LJO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE MOTIONS/ STATUS CONFERENCE HEARING AND RESET FOR CHANGE OF PLEA; |
| AFRICA HENDRIX, | ORDER |
| Defendant. | Date: May 28, 2010<br>Time: 8:50 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Motions/Status Conference Hearing in the above-captioned matter now set for May 14, 2010, **may be continued to May 28, 2010, at 9:00 a.m.**, and reset for a change of plea.  Because the parties have reached agreement and the Defendant is prepared to enter a plea, there is no need to further litigate the discovery issues in this matter.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 10, 2010   By:   /s/ Mark E. Cullers
                            MARK E. CULLERS
                            Assistant United States Attorney
                            Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 10, 2010   By:    /s/ Jeremy S. Kroger
                            JEREMY S. KROGER
                            Assistant Federal Defender
                            Attorney for Defendant
                            Africa Hendrix


**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).  THE REQUEST IS GRANTED, EXCEPT THE TIME (INSTEAD OF 9 A.M., IT WILL BE SET AT 8:50 A.M. TO AVOID COUNSELS' HAVING TO WAIT.

IT IS SO ORDERED.

**Dated:   May 10, 2010**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE