DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY SERGIO KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AFRICA HENDRIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00037 LJO |
| Plaintiff, | STIPULATION TO EXTEND SURRENDER DATE; ORDER THEREON |
| v. | |
| AFRICA HENDRIX, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the surrender date of Ms. Africa Hendrix may be extended by two weeks from October 7, 2010 to **October 21, 2010 before 2:00 p.m.**

On August 27, 2010, Ms. Hendrix was sentenced to six months in custody after pleading guilty to one count of theft of government property. She was given six weeks to turn herself in to the Bureau of Prisons and her surrender date is tomorrow, October 7, 2010. In compliance with the Court's order, Ms. Hendrix has put her affairs in order and, if necessary, is prepared to surrender as ordered by the Court. She requests this brief extension of her surrender date, however, because early Tuesday morning her sister-in-law — with whom Ms. Hendrix is very close — suffered a massive heart attack. The doctors informed the family this morning that she is brain dead and being kept alive only by artificial means. She is expected to pass in the next forty-eight hours.

///

1  Ms. Hendrix requests this two-week extension so that she can be there to support her brother and
2  the rest of the family, and so that she can receive their support in return.  She also hopes to help with and
3  attend the funeral services, which she anticipates will take place within the next week.
4  Counsel for Ms. Hendrix contacted the government as soon as he was made aware of Ms.
5  Hendrix's circumstances and was informed this morning that the government does not object to this
6  request.

DATED:   October 6, 2010                                    BENJAMIN B. WAGNER
                                                            United States Attorney

                                                            By /s/ Kevin P. Rooney
                                                               KEVIN P. ROONEY
                                                               Assistant U.S. Attorney
                                                               Attorney for Plaintiff

DATED: October 6, 2010                                      DANIEL J. BRODERICK
                                                            Federal Defender

                                                            By /s/ Jeremy S. Kroger
                                                               JEREMY S. KROGER
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               Africa Hendrix

## **O R D E R**

Africa Hendrix's surrender date is extended two weeks.  Ms. Hendrix shall surrender for service of her sentence at the institution designated by the United States Bureau of Prisons before 2:00 p.m. on October 21, 2010.  All other conditions of her release shall remain in effect.

IT IS SO ORDERED.

**Dated:   October 6, 2010**                /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

Africa Hendrix — Stipulation Extending
Surrender Date and Proposed Order                2